UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 
: ORDER
VS.
RANDOLPH MC LEOD
:
Defendant
: CR. NO. 19-690-1(FLW)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 22ND day of October 2019,

ORDERED that <u>Benjamin West, AFPD</u> from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

<u>s/Freda L. Wolfson</u>
**FREDA L. WOLFSON**
**UNITED STATES CHIEF JUDGE**

cc: Federal Public Defender