UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-690 (FLW) |
| v. | : | |
| | : | SCHEDULING ORDER |
| RANDOLPH MCLEOD | : | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Ian D. Brater, Special Assistant U.S. Attorney, appearing); and the Defendant being represented by _Benjamin West_, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 22nd day of October, 2019, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **November 5, 2019**.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **November 5, 2019**. Exculpatory evidence that becomes known to the

1

Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

    3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **December 5, 2019**.

    4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **December 20, 2019**.

    5. The following shall be the schedule for pretrial motions in this matter:

    a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **December 20, 2019**;

    b) The Government shall file any response to the Defendant's pretrial motions on or before **January 3, 2020**;

    c) The Defendant shall file any reply on or before **January 10, 2020**;

    d) Oral argument on pretrial motions shall be held on ~~_____, 2020 at ____ a.m./p.m.~~ *on a date to be set by the Court*.

[REMAINDER OF PAGE LEFT BLANK]

6. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

_____
HON. FREDA L. WOLFSON
CHIEF JUDGE