# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 19-690 (FLW) |
| RANDOLPH MCLEOD | : | ANTISHUTTLING WAIVER |

I, Randolph McLeod, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree:

1. I previously have been sentenced to serve a term of imprisonment by a state court in the State of New Jersey. I have not completed serving the term of imprisonment and am currently incarcerated at Northern State Prison in Newark, New Jersey, in the custody of the New Jersey Department of Corrections.

2. I now face federal criminal charges in the United States District Court for the District of New Jersey for possession of a firearm by a previously convicted felon, and for that reason I have been taken into federal custody and brought to Trenton, New Jersey for an initial appearance and arraignment on October 22, 2019.

3. I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state

custody, until the trial on the federal charge described above is completed and the sentence has been imposed.

    4.    Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial on the federal charge.

    5.    This waiver of my right to remain in federal custody applies to any future proceedings in which I am brought into federal custody in connection with the federal charge, unless and until I decide to re-invoke my right to remain in federal custody.

Dated: October 22, 2019

_____
Randolph McLeod
Defendant

_____
Counsel for Defendant

_____
HON. FREDA L. WOLFSON
CHIEF JUDGE