DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    19-cr-00690-FLW |
| | * |
| RANDOLPH MCLEOD, | * |
| | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑   That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑   Video Teleconferencing

☐   Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

☐   The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

☐   Other:

Date:  4/26/2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge