|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
|  | : UNITED STATES DISTRICT COURT |
|  | :      DISTRICT OF NEW JERSEY |
| v. | : |
|  | :         19-0690 (FLW) |
|  | : |
| RANDOLPH MCLEOD | :    MEMORANDUM OPINION AND |
|  | :                ORDER |
|  | : |

    **THIS MATTER** comes before the Court on an application by Defendant Randolph McLeod (John M. Holliday, Esq. appearing) to amend the conditions of pretrial release to replace the existing condition of home confinement with a curfew. See ECF no. 55. In addition to the conditions of release imposed by this Court in connection with the instant action, Defendant is also under state parole supervision as well as pretrial supervision in connection with an unrelated state court indictment. Defendant maintains that as a result of his home confinement he is unable to comply with certain conditions of his state parole. Specifically, Defendant argues that his state parole requirements include participation in a mental health counselling program, employment and/or educational activities, and attendance at community resource center. Modification of the home confinement condition to a curfew would allow Defendant to comply with these requirements.

    Since Defendant's application was filed the Court has been advised by U.S. Pretrial Services that Defendant has not been violated by his state parole officer for non-compliance with any of these conditions nor is any such violation presently contemplated. Further Pretrial Services advised that Defendant is not able to seek or maintain employment, he is able to participate in mental health and/or substance abuse treatment while under home confinement.

    The Trial of Defendant in this action commenced on July 18, 2022.

    Having considered Defendant's application and the advice of Pretrial Services, and for the reasons set forth on the record during the bail hearing on April 26, 2022, Defendant's application is DENIED.

      s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**